**HANLEY INDUSTRIES, INC., Appellant,**

v.

**Donald C. WINTER, Secretary of the Navy, Appellee.**

**No. 2009–1089.**

United States Court of Appeals, Federal Circuit.

June 3, 2009.

Steven E. Kellogg, The Kellogg Law Firm, P.C., Belleville, IL, for Appellant.

ON MOTION

*ORDER*

Upon consideration of Hanley Industries, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.